1  BRIAN C. SHAPIRO
   ATTORNEY AT LAW: 192789
2  LAW OFFICES OF LAWRENCE D. ROHLFING
   12631 EAST IMPERIAL HIGHWAY, SUITE C-115
3  SANTA FE SPRINGS, CALIFORNIA 90670-4756
   TEL: 562/868-5886
4  FAX: 562/868-5491
   Email: rohlfing_office@speakeasy.net

6  Attorney for ANNETTE NICHOLS

8              UNITED STATES DISTRICT COURT
               EASTERN DISTRICT OF CALIFORNIA

11 ANNETTE NICHOLS,              ) No. 1:08-CV-192 ■■■ TAG
                                 )
12      Plaintiff,                ) STIPULATION TO DISMISSAL;
                                 )  ORDER THEREON
13      v.                       )
                                 )
14 MICHAEL J. ASTRUE             )
   Commissioner of Social Security, )
15                               )
        Defendant.               )
16                               )
17 _____ )

19      The parties, through their undersigned counsel of record, HEREBY
20 STIPULATE, subject to the approval of the Court, to a dismissal of the above-
21 captioned matter, pursuant to Rule 41 (a)(1)(ii) of the Federal Rules of Civil
22 Procedure.
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

-1-

Each party shall bear his/her own costs and expenses.

DATED: November 6, 2008    LAW OFFICES OF LAWRENCE D. ROHLFING

/s/ - Brian C. Shapiro

BRIAN C. SHAPIRO
Attorneys for Annette Nichols


DATED:  November 6, 2008    McGREGOR W. SCOTT
United States Attorney


*/S/-ARMAND ROTH SAUSA



ARMAND ROTH
SPECIAL ASSISTANT AUSA
Attorney for Defendant
[*By via email authorization on 11/6/08]


IT IS HEREBY ORDERED, based on the stipulation by and between the parties, through their respective counsel, that the court dismisses the above matter without prejudice. Each side to bear his/her own costs and expenses, including but not limited to attorney's fees.

IT IS SO ORDERED.

DATE: November 10, 2008

THE HONORABLE THERESA A. GOLDNER
UNITED STATES MAGISTRATE JUDGE